IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02223-WYD-CBS

STAR, INC.,
a Washington corporation,

    Plaintiff,

v.

QFA ROYALTIES, LLC,
a Delaware limited liability company authorized to do
business in the State of Colorado,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw (*doc. no. 6)* and Defendant's Motion to Correct Record to Reflect that Katherine E. Page Has Not Entered Her Appearance and is Not Counsel of Record, or in the Alternative, to Withdraw (*doc. no. 8)* are **GRANTED**.

    The Clerk of Court is instructed to remove Bruce A. Spanner and Katherine E. Page from the electronic certificate of mailing.

**DATED:**    November 7, 2007