## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02223-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 17, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| STAR, INC., | Eldon E. Silverman |
| a Washington corporation | Lee H. Freedman |
| **Plaintiff,** | |
| v. | |
| QFA ROYALTIES, LLC, | Michael A. Sink |
| a Delaware limited liability company, | |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 10:45 a.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding the Motion to Allow Filing of First Amended Complaint Pursuant to F.R.C.P. 15(a) [filed February 11, 2008; doc. 17].

**ORDERED:** The Motion to Allow Filing of First Amended Complaint Pursuant to F.R.C.P. 15(a) [filed February 11, 2008; doc. 17] is granted for the reasons stated on the record. The First Amended Complaint filed on February 11, 2008 (doc. 18) is deemed filed on this date.

Counsel shall contact Magistrate Judge Shaffer's chambers to set a settlement conference.

HEARING CONCLUDED.

**Court in recess:** 11:44 a.m.
Total time in court: 00:59