IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02223-WYD-CBS

STAR, INC.,
a Washington corporation,

    Plaintiff,

v.

QFA ROYALTIES, LLC,
a Delaware limited liability company authorized to do
business in the State of Colorado,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order Regarding Expert Designation Deadlines (*doc. no. 35*) is GRANTED. The deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to June 30, 2008 and the deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to July 30, 2008.

    IT IS FURTHER ORDERED that a hearing on Plaintiff's Motion for Entry of Order Regarding Discovery (*doc. no. 33*) **June 30, 2008 at 8:30 a.m. (Mountain Time)**. Counsel shall create a conference call, then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    June 16, 2008