IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02223-WYD-CBS

STAR, INC.,
a Washington corporation,

    Plaintiff,

v.

QFA ROYALTIES, LLC,
a Delaware limited liability company authorized to do
business in the State of Colorado,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order and Vacate Hearing (*doc. no. 40)* is GRANTED. The hearing set for June 30, 2008 is VACATED.

    IT IS FURTHER ORDERED the scheduling order shall be modified as follows:

    1.    Deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **August 29, 2008**;

    2.    Deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to **September 30, 2008**;

    3.    Deadline for discovery cut-off is extended to **October 10, 2008**; and

    4.    Dispositive motion deadline is extended to **October 18, 2008**.

    IT IS FURTHER ORDERED that the final pretrial conference set for December 18, 2008 is **VACATED** and **RESET** to **February 18, 2009 at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit a proposed final pretrial order 5 days prior to the scheduled conference.

Counsel are advised that this court construes FED.R.CIV.P. 16(d) as requiring physical attendance of trial counsel at the final pretrial conference.

**DATED:** June 24, 2008