IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02223-WYD-CBS

STAR, INC.,
a Washington corporation,

    Plaintiff,

v.

QFA ROYALTIES, LLC,
a Delaware limited liability company authorized to do
business in the State of Colorado,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the "Unopposed Motion for Entry Order Governing Electronic Discovery" (*doc. no. 56*) is **GRANTED**. The proposed stipulated protective order (*doc. no. 56-2)* is accepted by the court and will be filed separately; counsel are instructed to note the modification made to ¶1 and the court's insert of ¶ 9.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Entry of Order Regarding Discovery (*doc. # 33)* is **MOOT** and the motion hearing set for October 6, 2008 is **VACATED**.

**DATED:**    October 1, 2008