IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02223-CMA-CBS

STAR, INC.,
a Washington corporation,

    Plaintiff,

v.

QFA ROYALTIES, LLC,
a Delaware limited liability company authorized to do
business in the State of Colorado,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Sur-Reply to Defendant's Motion for Protective Order Or, in the Alternative, to Strike the Reply to Defendant's Motion for Protective Order (*doc. #79)* is GRANTED. The court will accept "Plaintiff's Sur-Reply in Opposition to Defendant's Motion for Protective Order" (*doc. #80)*.

    Counsel are reminded of their obligation to comply **D.C.COLOL.CIVR. 7.1 A**. The court expects parties to confer *before* filing any motions and to provide a certificate showing compliance with the local rule. This certificate shall indicate to what extent the parties conferred, or made reasonable, good faith efforts to confer, and whether or not the motion is opposed or unopposed. Failure to do so may result in the motion being denied.

**DATED:**    November 24, 2008