## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02223-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 8, 2009 | Courtroom Deputy: Cathy Coomes |

STAR, INC.,                                                               Eldon E. Silverman, via telephone
a Washington corporation                          Lee H. Freedman, via telephone

      **Plaintiff,**

v.

QFA ROYALTIES, LLC,                            Leonard H. MacPhee, via telephone
a Delaware limited liability company,

      **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC HEARING:**        **MOTIONS HEARING/STATUS CONFERENCE**
**Court in Session:**     **1:34 p.m.**
Court calls case. Appearances of counsel..

The court is advised that counsel have reached an agreement on the pending motions before the court for today's hearing. Mr. Silverman reads the agreement into the record, and the court and counsel discuss the agreement.

Counsel orally move to withdraw the pending motions before the court for today's hearing.

**ORDERED:**    1.      The oral motions of counsel to withdraw Plaintiff's Motion to Allow Filing of Second Amended Complaint Pursuant to F.R.C.P. 15(a) (**Doc. #58**, filed 10/1/08); Defendant's Motion for Protective Order (**Doc. #63**, filed 10/1/08); Plaintiff Star, Inc.'s Motion to Compel Supplemental Discovery Responses and Production from Defendant QFA Royalties, LLC (**Doc. #71**, filed 10/22/08); Plaintiff Star, Inc.'s Motion to Compel Defendant to Produce a Supplemental Privilege Log (**Doc. #72**, filed 10/22/08); Plaintiff Star, Inc.'s Motion to Seal Sur-Reply to Defendant's Motion for Protective Order, or, in the alternative, to Strike Defendant's Sur-Reply in Support for its Motion for Protective Order (**Doc. #82**, filed 11/19/08); and Plaintiff Star, Inc.'s Motion to Seal Plaintiff's Reply in Support of its Motion to Compel Supplemental Discovery Responses and

Production from Defendant QFA Royalties, LLC (**Doc. #85**, filed 11/20/08) are **GRANTED**, **without prejudice**, and with leave to re-file, should circumstances and the status of the case warrant the refiling of the motions.

2. A telephone Status Conference is set for **February 27, 2009, at 10:45 a.m.** Counsel shall initiate a conference call to the court on that date and time.

HEARING CONCLUDED.

**Court in recess:** **1:54 p.m.**
Total time in court: 00:20