IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02223-WYD-CBS

STAR, INC.,
a Washington corporation

      Plaintiff,

v.

QFA ROYALTIES LLC, a Delaware
Limited Liability Company authorized
to do business in the State of Colorado,

      Defendant.

---

**ORDER RE: FILING AMENDED COMPLAINT**

---

THE COURT held a status conference in this matter on February 27, 2009 (Docket No 92). Defendant QFA Royalties LLC, represented that it will not assert Sections 16.2 (b) or (c) of the May 26, 1999 Area Director Marketing Agreement (ADMA) as a basis not to renew Plaintiff Star, Inc.'s area director rights (and it agrees that Star, Inc. has complied with the requirements Section16.4 with respect to a notice of intent to exercise its option to renew). Thus, the nature of any claims relating to the renewal or non-renewal of the ADMA has changed and the parties have agreed that it is appropriate for Plaintiff Star, Inc. to amend the current complaint, which may include other claims in addition to renewal or non renewal. Accordingly, QFA Royalties LLC agrees not to oppose the filing of an amended complaint by Star, Inc., but reserves all rights and defenses to any claims asserted therein (recognizing that it will not assert Section 16.2 (b) or

(c) or the method or timing of notice under Section 16.4 of the ADMA as a basis not to renew), and the Court being fully apprised of the premises:

IT IS HEREBY ORDERED AS FOLLOWS:

A.  That Plaintiff Star Inc., shall have up to and including April 3, 2009 in which to file a Second Amended Complaint ("SAC");

B.  That QFA Royalties LLC shall have up to and including 20 days after the filing of such SAC to file a responsive pleading to that SAC; and

C.  That a status conference will be held on **May 13, 2009 at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The purpose of the status conference is to discuss the need for additional discovery and changes to, if any, the scheduling order in light of the SAC.

DATED at Denver, Colorado, this 10th day of March, 2009, *nunc pro tunc* February 27, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

APPROVED AS TO FORM:

/s/ *Eldon E. Silverman, Esq.*  /s/ *Leonard M. MacPhee, Esq.*
_____  _____
Eldon E. Silverman, Esq.         Leonard M. MacPhee, Esq.
Preeo Silverman Green & Egle, P.C.  Perkins Coie LLP
1401 Seventeenth Street, Suite 800  1899 Wynkoop Street, Suite 700
Denver, Co 80202                 Denver, Co 80202
Phone (303) 296-4440             Phone (303) 291-2300
Fax (303) 296-3330               Fax (303) 291-2400
Email: Eldon@preeosilv.com       Email: lmacphee@perkinscoie.com
Attorney for Star, Inc.          Attorney for QFA Royalties LLC