IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02223-CMA-CBS

STAR, INC.,
a Washington corporation,

    Plaintiff,

v.

QFA ROYALTIES, LLC,
a Delaware limited liability company authorized to do
business in the State of Colorado,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff Star Inc.'s Motion for Leave to Amend the Second Amended Complaint by Interlineation (doc #99, filed 5/13/2009) is **GRANTED**. Star, Inc. may amend the Second Amended Complaint by interlineation as set forth in doc #99.

**DATED:**    May 15, 2009